

**VIA ELECTRONIC MAIL**

March 24, 2023

Peter R. Marksteiner, Clerk
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, DC  20439

**Subject:**     *Team Systems International, LLC v. Secretary of the Department of Homeland Security* **(CAFC No. 23-1556)**

Dear Mr. Marksteiner:

       The Board acknowledges receipt on March 6, 2023, of the Court's request for a certified list in *Team Systems International, LLC v. Secretary of the Department of Homeland Security*, CAFC No. 23-1556, as described in Federal Rule of Appellate Procedure 17(b), to be transmitted to your office.

       Enclosed herewith is a certified list of the record of the proceedings before this Board. The Board is retaining the record as described in Federal Circuit Rule 17(a), subject to further orders from the Court.

                                                                 Sincerely,

                                                          *Scott W. Sylke*
                                                      SCOTT W. SYLKE
                                                      Clerk of the Board

Enclosure (as stated)

CAFC No. 23-1556 [CBCA 7145]   2

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing letter, with the enclosed Certified List of Record of Board Proceedings, was sent via electronic mail on this 24th day of March, 2023, to the following:

Patricia M. McCarthy, Esq.
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
c-natcourts.appeals@usdoj.gov

James Y. Boland, Esq.
Venable LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
jyboland@venable.com

Lindsay M. Reed, Esq.
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
lmreed@venable.com

Steven M. Mager, Esq.
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
steven.mager@usdoj.gov

Rafael Lara, Jr., Esq.
Jeffrey D. Webb, Esq.
Sarah Jaward, Esq.
Matthew Lane, Esq.
Office of Chief Counsel
Federal Emergency Management Agency
U.S. Department of Homeland Security
500 C Street, SW, 3rd Floor
Washington, DC 20472
rafael.larajr@fema.dhs.gov
jeffrey.webb@fema.dhs.gov
sarah.jaward@fema.dhs.gov
matthew.lane@fema.dhs.gov

*Scott W. Sylke*
SCOTT W. SYLKE
Clerk of the Board

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____
TEAM SYSTEMS INTERNATIONAL, LLC   )
                                  )
           Appellant,           )
                                  )
           v.                   )
                                  )  CAFC No. 23-1556
SECRETARY OF THE DEPARTMENT       )
   OF HOMELAND SECURITY,          )
                                  )
           Appellee.            )
_____)

## CERTIFIED LIST OF RECORD OF BOARD PROCEEDINGS

      The final decision and interlocutory orders of the U.S. Civilian Board of Contract Appeals (CBCA or Board), that are before the Court for review are the Board's decision of February 9, 2023, and interlocutory orders dated January 27, 2022, and December 9, 2022, in *Team Systems International, LLC v. Department of Homeland Security*, CBCA 7145. The record in CBCA 7145 consists of the Board's correspondence files and the Rule 4 appeal file. A chronological list of these records, including a description of each record, follows.

I.    The Board's correspondence files include the following records:

| No.: | Date Filed: | Description: |
|---|---|---|
| 1. | 06/09/2021 | Appellant's Notice of Appeal and Entry of Appearance (Lawrence J. Sklute of Sklute & Associates). |
| 2. | 06/10/2021 | Board's Notice of Docketing and Assignment of Judge Patricia J. Sheridan. |
| 3. | 06/14/2021 | Board's Initial Scheduling Order. |
| 4. | 06/16/2021 | Respondent's Notice of Appearance (Jeffrey D. Webb, Matthew Lane, and Rafael Lara, Jr.). |
| 5. | 07/08/2021 | Appellant's Complaint. |

CAFC No. 23-1556 [CBCA 7145] 2

| No.: | Date Filed: | Description: |
|---|---|---|
| 6. | 07/12/2021 | Respondent's Emails Transmitting Its Rule 4 Appeal File. |
| 7. | 07/20/2021 | Appellant's First Amended Complaint. |
| 8. | 08/12/2021 | Appellant's Email Transmitting Its Rule 4 Appeal File Supplement. |
| 9. | 08/19/2021 | Respondent's Answer to Appellant's First Amended Complaint. |
| 10. | 08/25/2021 | Board's Scheduling Order. |
| 11. | 09/07/2021 | Appellant's Notice of Withdrawal of Appearance (Lawrence J. Sklute). |
| 12. | 09/08/2021 | Appellant's Notice of Appearance (James Y. Boland, Christopher G. Griesedieck, and Lindsay M. Reed of Venable LLP). |
| 13. | 09/14/2021 | Joint Status Report. |
| 14. | 09/15/2021 | Respondent's Tentative Witness List. |
| 15. | 09/15/2021 | Appellant's Tentative Witness List. |
| 16. | 10/05/2021 | Joint Status Report. |
| 17. | 10/15/2021 | Appellant's Motion to Suspend Discovery Deadlines. |
| 18. | 10/18/2021 | Board's Order Granting Motion to Suspend Discovery. |
| 19. | 10/28/2021 | Appellant's Motion for Summary Judgment with Appellant's Statement of Undisputed Material Facts and Declaration of Team Systems International, LLC. |
| 20. | 10/28/2021 | Joint Statement of Undisputed Material Facts. |
| 21. | 10/29/2021 | Board's Scheduling Order. |
| 22. | 11/02/2021 | Joint Status Report. |

CAFC No. 23-1556 [CBCA 7145] 3

| No.: | Date Filed: | Description: |
|---|---|---|
| 23. | 11/30/2021 | Respondent's Opposition to Appellant's Motion for Summary Judgment with Statement of Genuine Issues and Declaration of Monique Park. |
| 24. | 11/30/2021 | Respondent's Cross-Motion for Summary Judgment with Joint Statement of Undisputed Material Facts (dated October 28, 2021). |
| 25. | 12/02/2021 | Appellant's Unopposed Motion to Consolidate Briefing Schedule. |
| 26. | 12/02/2021 | Board's Scheduling Order. |
| 27. | 12/07/2021 | Joint Status Report. |
| 28. | 12/30/2021 | Appellant's Reply in Support of Its Motion for Summary Judgment and Opposition to Respondent's Motion for Summary Judgment with Appellant's Response to Respondent's Statement of Genuine Issues. |
| 29. | 01/04/2022 | Joint Status Report. |
| 30. | 01/14/2022 | Respondent's Reply in Support of Its Cross-Motion for Summary Judgment. |
| 31. | 01/27/2022 | Board's Decision Denying Appellant's and Respondent's Motions for Summary Judgment. |
| 32. | 02/01/2022 | Joint Status Report and Appellant's Unopposed Motion to Stay Telephonic Conference. |
| 33. | 02/18/2022 | Board's Order on Further Proceedings. |
| 34. | 03/01/2022 | Joint Status Report and Request to Extend Discovery. |
| 35. | 03/09/2022 | Board's Scheduling Order. |
| 36. | 03/21/2022 | Respondent's Notice of Entry of Appearance (Sarah Jaward). |
| 37. | 03/31/2022 | Appellant's Emergency Motion to Stay Schedule. |
| 38. | 03/31/2022 | Board's Order Staying Deadlines. |

CAFC No. 23-1556 [CBCA 7145] 4

| No.: | Date Filed: | Description: |
|---|---|---|
| 39. | 04/05/2022 | Board's Order Scheduling Telephonic Conference. |
| 40. | 04/14/2022 | Appellant's Notice of Appearance as Chapter 7 Trustee (David W. Carickhoff of Archer & Greiner, P.C.). |
| 41. | 04/14/2022 | Appellant's Amended Notice of Appearance as Chapter 7 Trustee (David W. Carickhoff of Archer & Greiner, P.C.). |
| 42. | 04/15/2022 | Board's Conference Memorandum and Order. |
| 43. | 06/27/2022 | Appellant's Unopposed Motion to Extend Deadline for Proposed Schedule. |
| 44. | 06/28/2022 | Board's Order Granting Appellant's Motion to Extend Deadline. |
| 45. | 07/15/2022 | Joint Proposed Schedule. |
| 46. | 07/18/2022 | Board's Scheduling Order. |
| 47. | 08/24/2022 | Respondent's Motion for Summary Judgment with Statement of Undisputed Material Facts. |
| 48. | 08/24/2022 | Board's Scheduling Order. |
| 49. | 08/24/2022 | Appellant's Motion to Compel Discovery. |
| 50. | 08/26/2022 | Board's Order Directing Appellant to Respond to the Board's Inquiry. |
| 51. | 08/29/2022 | Appellant's Response to the Board's August 26, 2022 Order. |
| 52. | 09/23/2022 | Appellant's Opposition to Respondent's Motion for Summary Judgment with Appellant's Statement of Genuine Issues. |
| 53. | 09/23/2022 | Appellant's Email Transmitting Its Rule 4 Appeal File Supplement. |
| 54. | 09/30/2022 | Respondent's Reply in Support of Its Motion for Summary Judgment. |
| 55. | 09/30/2022 | Respondent's Objection to Proposed Supplement to the Appeal File. |

CAFC No. 23-1556 [CBCA 7145]                                                                                     5

| No.: | Date Filed: | Description: |
|---|---|---|
| 56. | 10/03/2022 | Joint Motion to Stay Schedule. |
| 57. | 10/04/2022 | Board's Order Denying Joint Motion to Stay Schedule. |
| 58. | 10/05/2022 | Joint Statement of Facts and Joint Statement of the Issues. |
| 59. | 10/11/2022 | Board's Scheduling Order. |
| 60. | 10/14/2022 | Appellant's Reply to Respondent's Objection to Appellant's Supplement to the Appeal File. |
| 61. | 10/19/2022 | Appellant's Motion for Judgment on the Record. |
| 62. | 11/15/2022 | Respondent's Motion for Summary Judgment on the Record. |
| 63. | 11/28/2022 | Appellant's Reply in Support of Its Motion for Judgment on the Record. |
| 64. | 12/09/2022 | Board's Order Granting Respondent's Motion in Limine. |
| 65. | 12/15/2022 | Respondent's Reply in Support of Its Motion for Judgment on the Record. |
| 66. | 02/09/2023 | Board's Decision Denying Appeal. |

II. The Rule 4 file compendium, submitted by the respondent and supplemented by the appellant, includes the following:

a. Respondent's Rule 4 Appeal File, received by the Board on July 12, 2021, consists of exhibits 1 through 22 and was submitted via efile. A complete index with document dates and document descriptions is attached as enclosure 1.

b. Appellant's Rule 4 Appeal File Supplement, received by the Board on August 12, 2021, consists of exhibits 23 through 27 and was submitted via efile. A complete index with document dates and document descriptions is attached as enclosure 2.

CAFC No. 23-1556 [CBCA 7145]                                                                                      6

c.  Appellant's Rule 4 Appeal File Supplement, received by the Board on September 23, 2022, consists of exhibit 28 through 30 and was submitted via efile. These exhibits have been excluded from the record pursuant to the Board's order dated December 9, 2022.

    I, Scott W. Sylke, Clerk of the U.S. Civilian Board of Contract Appeals, certify that the list above represents the contents of the record relied upon by the Board in issuing the final decision of February 9, 2023, and the interlocutory orders dated January 27, 2022, and December 9, 2022, in *Team Systems International, LLC v. Department of Homeland Security*, CBCA 7145, which are currently on appeal before the United States Court of Appeals for the Federal Circuit.

Dated: March 24, 2023
                              *Scott W. Sylke*
                              SCOTT W. SYLKE
                              Clerk of the Board
                              Civilian Board of Contract Appeals
                              1800 M Street, NW, 6th Floor
                              Washington, DC 20036
                              Telephone: (202) 606-8800

# Enclosure 1

# United States Civilian Board of Contract Appeals
6th Floor, 1800 M Street, N.W.
Washington, DC 20036

| | |
|---|---|
| TEAM SYSTEMS INTERNATION, LLC,<br><br>Appellant,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Federal Emergency Management Agency,<br><br>Respondent. | CBCA Docket Nos. 7145 |

## **RULE 4 FILE INDEX**

      Pursuant to Rule 4 of the Civilian Board of Contract Appeals, the Respondent, the Department of Homeland Security, Federal Emergency Management Agency, hereby submits an electronic copy of the Rule 4 File Index and the following exhibits set forth herein. Respondent reserves the right to amend the Rule 4 File and the Rule 4 File Index.

Government Documents:

| **Exhibit** | **Description** | **Date** |
|---|---|---|
| 1 | Contract No. HSFE70-17-D-0021 ("Base") | 09/05/2017 |
| 2 | Base Modification P00001 | 03/02/2018 |
| 3 | Base Modification P00002 | 09/05/2018 |
| 4 | Base Modification P00003 | 09/14/2018 |
| 5 | Base Modification P00004 | 09/14/2018 |
| 6 | Task Order No. HSFE70-17-J-0273 ("Task Order") | 09/28/2017 |
| 7 | Task Order Modification P00001 | 11/06/2017 |
| 8 | Task Order Modification P00002 | 01/10/2018 |
| 9 | Task Order Modification P00003 | 01/18/2018 |
| 10 | Task Order Modification P00004 | 04/06/2018 |
| 11 | Task Order Modification P00005 | 04/12/2018 |
| 12 | Task Order Modification P00006 | 04/30/2018 |
| 13 | Task Order Modification P00007 | 05/07/2018 |
| 14 | Task Order Modification P00008 | 05/03/2019 |
| 15 | Base Modification P00005 | 05/16/2019 |
| 16 | Base Modification P00006 | 07/03/2019 |
| 17 | Task Order Modification P00009 | 02/19/2020 |
| 18 | Base Modification P00007 | 02/24/2020 |
| 19 | Base Modification P00008 | 09/05/2020 |
| 20 | TSI Claim | 11/20/2020 |
| 21 | Contracting Officer's Final Decision (COFD) | 04/30/2021 |
| 22 | Emails Relevant to the Appeal | 09/06/2017 – 01/06/2021 |

# Enclosure 2

CBCA No. 7145
Team Systems International, LLC
Contract No. HSFE70-17-D-0021, Task Order No. HSFE70-17-J-0273
Team Systems International, LLC's Supplemental Rule 4 File Index
April 12, 2021

| Exhibit No. | Description | Date |
|---|---|---|
| 23 | FEMA E-Mail and Request for Quotes for Delivery of Water to Puerto Rico due to Hurricane Maria | September 23, 2017 |
| 24 | FEMA E-Mail and Task Order for Bottled Water in Support of Hurricane Florence | September 14, 2018 (4:04 pm) |
| 25 | FEMA E-Mail and Task Order for Bottled Water in Support of Hurricane Florence (fully executed) | September 14, 2018 (6:15 pm) |
| 26 | Public Voucher No. TSI-0021 for Florence Task Order for Delivery of Water under CLINs 1002AA, 1003AA, 1003AB and Restocking Fee under CLIN 1005 | September 19, 2019 |
| 27 | TSI's bank statement re: FEMA's Payment of Public Voucher No. TSI-0021 | March 10, 2020 |