NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEAM SYSTEMS INTERNATIONAL, LLC,**
*Appellant*

v.

**SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY,**
*Appellee*

---

2023-1556

---

Appeal from the Civilian Board of Contract Appeals in No. 7145, Administrative Judge Erica S. Beardsley, Administrative Judge Jerome M. Drummond, and Administrative Judge Patricia J. Sheridan.

---

**ON MOTION**

---

**O R D E R**

The Secretary of the Department of Homeland Security moves for an extension of time, until August 21, 2023, to file the response brief. The motion states that Team Systems International, LLC does not believe that an extension of greater than 30 days is necessary.

Upon consideration thereof,

2   TEAM SYSTEMS INTERNATIONAL, LLC v. SECRETARY OF THE
DEPARTMENT OF HOMELAND SECURITY

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 30, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court