FORM 32. Response to Notice to Advise of Scheduling Conflicts                     Form 32
                                                                                  March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2023-1556

**Short Case Caption:** Team Systems International, LLC v. Secretary of the Dep't of Homeland Security

**Party Name(s):** Secretary of the Department of Homeland Security

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver**   ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

**Name of Expected Arguing Counsel** | Steven Michael Mager

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes        ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. See Fed. Cir. R. 34(d); Practice Notes to Rule 34.

FORM 32. Response to Notice to Advise of Scheduling Conflicts　　　　　Form 32
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☑ Yes　　　　☐ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/19/2023　　　　　　Signature: /s/ Steven Michael Mager

　　　　　　　　　　　　　　　Name: Steven Michael Mager

**IN THE UNITED COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

| | | |
|---|---|---|
| TEAM SYSTEMS INTERNATIONAL, LLC, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | 2023-1556 |
| SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, | ) ) ) | |
| Appellee. | ) ) | |

**STATEMENT OF GOOD CAUSE FOR SCHEDULING CONFLICTS**

Arguing counsel of record for respondent-appellee in the above-captioned appeal will be unavailable for oral argument from April 1 through 2, 2023 due to previously scheduled travel.

Otherwise, we note that arguing counsel of record currently has the following other cases pending before this Court (regardless of case status) in which he also expects to argue:

*O'Banion v. McDonough*, Docket No. 2023-2069

*Herrington v. McDonough*, Docket No. 2023-2358

Neither of the above cases have been scheduled for oral argument.

For these reasons, good cause exists for our request to avoid holding argument from April 1 through 2, 2023, and we respectfully request that oral

argument not be scheduled from April 1 through 2, 2023.   Otherwise, we remain available at the Court's convenience.

                    Respectfully submitted,

                    BRIAN M. BOYNTON
                    Principal Deputy Assistant Attorney General

                    PATRICIA M. McCARTHY
                    Director

                     /s/ Martin F. Hockey, Jr.
                    MARTIN F. HOCKEY, JR.
                    Deputy Director

                     /s/ Steven M. Mager
                    STEVEN M. MAGER
                    Senior Trial Counsel
                    Commercial Litigation Branch
                    Civil Division
                    Department of Justice
                    P.O. Box 480
                    Ben Franklin Station
                    Washington, D.C. 20044
                    Tele: (202) 616-2377
                    E-mail: Steven.Mager@usdoj.gov

October 19, 2023            Attorneys for Defendant-Appellee